UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUANG BAO P. OU YOUNG,

    Plaintiff,

v.

OABAMA ET AL,

    Defendant.

Case No. 15-mc-80185-VC

**ORDER**

The court has reviewed the complaint in the above-captioned matter and finds that it does not state a potentially cognizable claim. Therefore, in accordance with the Order filed on December 20, 2013 in Ou-Young v. Roberts, et al., Case No. 13-4442, the Clerk is directed not to accept the complaint for filing and this action is dismissed.

**IT IS SO ORDERED.**

Dated: June 29, 2015

VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG-BAO P OU-YOUNG,<br><br>  Plaintiff,<br><br>  v.<br><br>BARACK HUSSEIN OBAMA, et al.,<br><br>  Defendants. | Case No.  15-mc-80185-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kuang-Bao P Ou-Young
1362 Wright Avenue
Sunnyvale, CA 94087

Dated: June 29, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____

Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2